UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| DON KARL JURAVIN, | Case No. 6:18-bk-06821-LVV |
| Debtor. | Case No. 6:20-bk-01801-LVV |
| _____/ | *Jointly Administered with* |
| MUST CURE OBESITY, CO., Case No. 6:18-bk-01801-LVV | Case No. 6:18-bk-06821-LVV |
| Applicable Debtor. | |
| _____/ | |
| DENNIS D. KENNEDY, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF MUST CURE OBESITY, CO., | Adv. Pro. No. 6:22-ap-00020-LVV |
| Plaintiff, v. | |
| DON K. JURAVIN, ANNA JURAVIN | |
| Defendants. _____/ | |

## **MOTION FOR ENTRY OF DEFAULT BY CLERK**

Plaintiff, DENNIS D. KENNEDY, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF MUST CURE OBESITY, CO., through counsel, and pursuant to Federal Rule of Civil Procedure 55, made applicable by Federal Rule of Bankruptcy Procedure 7055, moves this Court for entry of a default against the Defendants, DON K. JURAVIN and ANNA JURAVIN and would show:

1.	Service was made by summons in accordance with Federal Rule of Bankruptcy Procedure 7004 on the Defendants by serving, DON K. JURAVIN, 15118 Pendio Drive, Montverde, FL 34756 and ANNA JURAVIN, 15118 Pendio Drive, Montverde, FL 34756.

2.	No extension of time was sought by the Defendants.

3.	Defendants have failed to file a responsive pleading or motion to the Complaint.

4.	Accordingly, a clerk's default should be entered against the Defendants as a result of their failure to plead or defend against this lawsuit. Fed. R. Bankr. P. 7055; L.R. 7055-2.

WHEREFORE, the Plaintiff seeks a default against the Defendants, DON K. JURAVIN and ANNA JURAVIN, as a result of the failure to respond, and for any other relief the Court deems just and proper.

Dated: March 31, 2022.

/s/ Lauren M. Reynolds
Bradley M. Saxton, Esquire
Florida Bar No. 0855995
bsaxton@whww.com
Lauren M. Reynolds, Esquire
Florida Bar No. 112141
Lreynolds@whww.com
**Winderweedle, Haines, Ward & Woodman, P.A.**
Post Office Box 880
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
Attorneys for Dennis D. Kennedy, Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 31, 2022, a true copy of the foregoing has been furnished via US Mail to:

Don K. Juravin, 15118 Pendio Drive, Montverde, FL 34756
Anna Juravin, 15118 Pendio Drive, Montverde, FL 34756

/s/ Lauren M. Reynolds
Lauren M. Reynolds