UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,

    Debtor.

_____/

MUST CURE OBESITY, CO.,
Case No. 6:18-bk-01801-LVV

    Applicable Debtor.

_____/

DENNIS D. KENNEDY,
AS CHAPTER 7 TRUSTEE OF THE
ESTATE OF MUST CURE OBESITY, CO.,

    Plaintiff,

v.

DON K. JURAVIN, ANNA JURAVIN

    Defendants.

_____/

Chapter 7

Case No. 6:18-bk-06821-LVV

Case No. 6:20-bk-01801-LVV

*Jointly Administered with*

Case No. 6:18-bk-06821-LVV

Adv. Pro. No. 6:22-ap-00020-LVV

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO MOVE FOR DEFAULT JUDGMENT**

Plaintiff, DENNIS D. KENNEDY, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF

MUST CURE OBESITY, CO. ("Plaintiff"), by and through undersigned counsel, files this Motion

for Extension of Time to move for default Judgment against Defendants, DON K. JURAVIN and

ANNA JURAVIN ("Defendants"), in accordance with Local Rule 7001-1, and in support thereof,

states as follows:

1.      On January 30, 2022, Plaintiff filed Adversary Proceeding No. 6:22-ap-00020-LVV against the Defendants (Doc. No. 1).

2.      This Court issued its Summons as to Defendants in this adversary proceeding on January 31, 2022 (Doc. No. 2), which was served to Defendants by postage prepaid, first class United States mail on February 4, 2022, as illustrated by the Summons executed to DON K. JURAVIN and ANNA JURAVIN (Doc. No. 3).

3.      On March 31, 2022, Plaintiff filed his Motion for Entry of Default.

4.      In accordance with Local Rule 7001-1, this Court permits Plaintiff to move for judgment by default no later than 60 days from the filing of the complaint.

5.      Plaintiff needs additional time to move for default judgment against the Defendants.

6.      Plaintiff requests an additional thirty (30) days to move for judgment by default in this adversary proceeding.

7.      The granting of the relief requested will prejudice no party hereto.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting additional time for Plaintiff to file his motion for judgment by default against Defendants, DON K. JURAVIN and ANNA JURAVIN, to thirty (30) days after entry of an order, and issue any other order the court deems appropriate under the facts and circumstances herein.

Dated:  March 31, 2022.

/s/ Lauren M. Reynolds
Bradley M. Saxton, Esquire
Florida Bar No. 0855995
bsaxton@whww.com
Lauren M. Reynolds, Esquire
Florida Bar No. 112141
Lreynolds@whww.com
**Winderweedle, Haines, Ward**
  **& Woodman, P.A.**
Post Office Box 880
Winter Park, FL 32790-0880

2

(407) 423-4246
(407) 645-3728 (facsimile)
Attorneys for Dennis D. Kennedy,
Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2022, a true copy of the foregoing has been furnished via US Mail to:

Don K. Juravin, 15118 Pendio Drive, Montverde, FL 34756
Anna Juravin, 15118 Pendio Drive, Montverde, FL 34756

/s/ Lauren M. Reynolds
Lauren M. Reynolds