UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 618-bk-06821-LVV
Adv. Pro. No. 6:22-ap-00020-LVV

**FILED**

Date: 4/7/2022 @ 6:30 PM via: email
Clerk, U.S. Bankruptcy
Orlando Division

### ANSWER BY WAY OF OBJECTION TO MOTION FOR DEFAULT
### FAILURE TO FILE RESPONSIVE PLEADING TO ADVERSARY COMPLAINT

Don Juravin, the Debtor, and hereby objects to the entry of default, for failure to file a responsive pleading to the Adversary Complaint 6:22-ap-00020-LVV.

I did not receive the Summons and Complaint. I am not represented by any attorney in this matter.

Dated: April 7, 2022

_____
Don Juravin