UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
DON KARL JURAVIN

    Debtor
_____/

Chapter 7  
Case No. 6:18-bk-06821 - LVV  
    Case No. 6:20-bk-01801 - LVV

Jointly Administered with  
Case No. 6:18-bk-06821 - LVV

**Adv. Pro. No. 6:22-ap-00020-LVV**

Dennis Kennedy, Trustee

    Plaintiff
_____/

v.

DON K. JURAVIN, ANNA JURAVIN

    Defendants
_____/

## ANSWER TO ADVERSARY COMPLAINT

Defendant ANNA JURAVIN by and through their undersigned counsel, hereby files an Answer to the Complaint and states as follows:

### JURISDICTION AND VENUE

1. Denied.

-1-

2. Denied.
3. Denied.

## BACKGROUND
## The Debtor's Business Affairs

4. Denied.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied.
14. Denied.
15. Denied.
16. Denied.
17. a - g Denied
18. Denied.
19. Denied.
20. Denied
21. Denied

## PROCEDURAL HISTORY

### THE FTC Case

22. Admitted to the extent of this paragraph record which speaks for itself
23. Admitted to the extent of this paragraph record which speaks for itself
24. Denied.
25. Denied.
26. Denied.
27. Denied..
28. Denied.
29. Denied.
30. Denied..
31. a-g Denied.
32. Denied.
33. Denied.
34. Denied.
35. Denied.

36. Denied.

### The Juravin Bankruptcy Case

37. Admitted to the extent of this paragraph record which speaks for itself
38. Admitted to the extent of this paragraph record which speaks for itself.
39. Admitted to the extent of this paragraph record which speaks for itself.
40. Denied.
41. Admitted to the extent of this paragraph record which speaks for itself.
42. Admitted to the extent of this paragraph record which speaks for itself.

### The MCO Bankruptcy Case

43. Admitted to the extent of this paragraph record which speaks for itself
44. Admitted to the extent of this paragraph record which speaks for itself.
45. Admitted to the extent of this paragraph record which speaks for itself.
46. Admitted to the extent of this paragraph record which speaks for itself.

## **FACTUAL ALLEGATIONS**

### **The Anna Juravin Transfers**

47. Denied.
48. Denied.
49. Denied.
50. Denied.
51. Denied.
52. Denied.
53. Denied.
54. Denied.

### **The Don Juravin Transfers**

55. Denied.
56. Denied.
57. Denied.
58. Denied.

59. Denied.
60. Denied.
61. Denied
62. Denied
63. Denied.
64. Denied

## COUNT I: ACTUAL FRAUD
### AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS
### AGAINST ANNA JURAVIN

65. Defendant re-incorporate and re-allege their responses in Paragraphs 1 through 54 above as if fully set forth herein
66. Denied
67. Denied
68. Denied
69. Denied.
70. Denied
71. Denied.
72. Denied.
73. Denied.

## COUNT II: ACTUAL FRAUD
### AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS
### AGAINST ANNA JURAVIN

74. Defendant re-incorporate and re-allege their responses in Paragraphs 1 through 54 above as if fully set forth herein
75. Denied.
76. Denied.
77. Denied.
78. Denied
79. Denied.
80. Denied
81. Denied.
82. Denied.
83. Denied.

## COUNT III: ACTUAL FRAUD

AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS
AGAINST DON JURAVIN

84. Defendant re-incorporate and re-allege their responses in Paragraphs 1 through 46, and 55 through 64, as if fully set forth herein
85. Denied.
86. Denied.
87. Denied
88. Denied
89. Denied.
90. Denied.
91. Denied
92. Denied

### COUNT IV: CONSTRUCTIVE FRAUD
### AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS
### AGAINST DON JURAVIN

93.
94. Defendant re-incorporate and re-allege their responses in Paragraphs 1 through 46, and 55 through 64, as if fully set forth herein
95. Denied.
96. Denied.
97. Denied.
98. Denied.
99. Denied.
100.   Denied.
101.   Denied.
102.   Denied.
103.   Denied.

**WHEREFORE, Defendant demands dismissal of the Complaint together with costs and counsel fees.**

*/s/ Henry N. Portner, Esq.*

Henry Portner, Esquire
6316 Viero Court
Lake Worth, FL 33463
portnerlaw@gmail.com
FL ID#0883050

Dated: May 17, 2022

## Certificate of Service

A copy of this pleading is being sent to all parties of record on the service list including the Trustee and US Trustee via ECF this 17 day of May, 2022.